# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DOLANDON V. MACK**
**ADC #103207**                                                      **PETITIONER**

v.                          No. 1:17-cv-63-DPM

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                    **RESPONDENT**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's recommendation, № 5, and overrules Mack's objections, № 6 & 8. FED. R. CIV. P. 72(b)(3). Motion to amend, № 7, denied. Mack's petition will be dismissed without prejudice for lack of subject matter jurisdiction. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

15 September 2017