# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

DOLANDON V. MACK
ADC #103207                                                                PETITIONER

v.                     No. 1:17-cv-63-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction             RESPONDENT

## JUDGMENT

Mack's petition is dismissed without prejudice.

_____
D. P. Marshall Jr.
United States District Judge

15 September 2017